UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HANS SEIBT,<br><br>                      Petitioner,<br>    v.<br><br>LIEUTENANT HARTMAN, et al.,<br><br>                      Respondents. | Case No. 3:16-cv-00099-RCJ-WGC<br><br>ORDER |

On October 18, 2016, this court denied § 2254 petitioner Hans Seibt's application to proceed *in forma pauperis* and directed that he pay the $5.00 filing fee within thirty days (ECF No. 4).  While Seibt submitted a copy of an inmate account transaction request and a notice of change of address, more than twice the allotted time has elapsed and he has not paid the filing fee.  Accordingly, the petition shall be dismissed without prejudice for failure to comply with this court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the habeas petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 24 January 2017.

                                                   _____
                                                   ROBERT C. JONES
                                                   UNITED STATES DISTRICT JUDGE