AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

HANS SEIBT,

    Petitioner,      JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: **3:16-cv-00099-RCJ-WGC**

LIEUTENANT HARTMAN, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


January 24, 2017                                      **DEBRA K. KEMPI**
                                                        Clerk

                                                        /s/ K. Rusin
                                                        Deputy Clerk